1  Edward A. Kraus, Esq. (SBN 162043)
   CREECH, LIEBOW & KRAUS
2  333 West San Carlos Street, Suite 1600
   San Jose, CA  95110
3  (408) 993-9911
   Fax (408) 993-1335
4
   Attorneys for Defendant,
5  SBD OIL, INC.

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9  SCOTT JOHNSON,                    )  Case No.: 2:13-CV-01487-GEB-CKD
                                     )
10            Plaintiff,             )  **STIPULATION FOR EXTENSION OF**
                                     )  **TIME TO FILE RESPONSIVE**
11                                   )  **PLEADING AND CROSS-CLAIMS;**
       vs.                           )  **[PROPOSED] ORDER THEREON**
12                                   )
   SBD OIL, INC., a California Corporation; and )
13 DOES 1-10,                        )
                                     )
14                                   )
              Defendants.            )
15 _____)

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

---

1  Defendant SBD OIL, INC. (hereinafter "Defendant") and Plaintiff SCOTT JOHNSON
2  have herein agreed that the time for Defendant to file its responsive pleading and any cross-
3  claims in the above-captioned matter is extended to October 4, 2013.
4  Defendant and its defense counsel have not had sufficient time to adequately review the
5  factual basis of the claims alleged herein.  An extension of time will allow Defendant to fully
6  prepare an appropriate responsive pleading.

7  DATED: September 4, 2013                    CREECH, LIEBOW & KRAUS

9                                              By:  _____/s/  Edward A. Kraus_____
10                                                  EDWARD A. KRAUS
                                                    Attorneys for Defendant,
11                                                  SBD OIL, INC.

12 DATED: September 4, 2013                    CENTER FOR DISABILITY ACCESS

14                                              By:  _____/s/  Phyl Grace_____
                                                    PHYL GRACE
15                                                  Attorneys for Plaintiff,
16                                                  SCOTT JOHNSON

17                                       **ORDER**

18  Upon stipulation of the parties, IT IS HEREBY ORDERED that Defendant SBD OIL,
19 INC.'s deadline to file a responsive pleading shall be extended to October 4, 2013.
20 Dated:  September 4, 2013

                                                _____
                                                GARLAND E. BURRELL, JR.
                                                Senior United States District Judge