UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>            Plaintiff,<br><br>     v.<br><br>SBD OIL, INC., a California Corporation; and DOES 1-10,<br><br>            Defendants. | No.  2:13-cv-01487-GEB-CKD<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

Defendant filed a stipulation seeking to continue the Status Conference, in which it states: "[t]he parties have reached a settlement and request a continuance before Court obligations are required and timelines mandated in order to save on costs and attorneys' fees." (Stipulation to Cont. Status Conf. ¶1, ECF No. 9.)

Therefore, a dispositional document shall be filed no later than December 9, 2013. See E.D. Cal. R. 160(b) (prescribing that documents disposing of an action shall be filed "not . . . more than twenty-one (21) days from the date of [notice of settlement], absent good cause"). Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See id. ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1

Further, the Status Conference scheduled for hearing on November 25, 2013, is continued to commence at 9:00 a.m. on January 21, 2014, in the event no dispositional document is filed, or if this action is not otherwise dismissed.[1]  A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated:  November 18, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2