UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SBD Oil Inc., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:13-CV-01487-GEB-CKD<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the parties' Stipulation in which they dismissed this action with prejudice, this action shall be closed.

Dated: December 11, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1

Order for Stipulation for Dismissal CKD　　　　　　　　　　Case:　2:13-CV-01487-GEB-CKD